

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

| | | |
|---|---|---|
| Defendant: | **WestRock Company** | |
| Bankruptcy Case: | **HRB Winddown, Inc.** | |
| Preference Period: | **Sep 19, 2019 - Dec 18, 2019** | |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081372 | $20,502.60 | 12/5/2019 | 5301118245 | 10/31/2019 | $3,020.85 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081372 | $20,502.60 | 12/5/2019 | 5301118244 | 10/31/2019 | $3,921.75 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081372 | $20,502.60 | 12/5/2019 | 5301118243 | 10/31/2019 | $3,921.75 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081372 | $20,502.60 | 12/5/2019 | 5301118242 | 10/31/2019 | $2,359.35 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081372 | $20,502.60 | 12/5/2019 | 5301118241 | 10/31/2019 | $2,359.35 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081372 | $20,502.60 | 12/5/2019 | 5301118240 | 10/31/2019 | $2,239.65 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081372 | $20,502.60 | 12/5/2019 | 5301118239 | 10/31/2019 | $1,266.30 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081372 | $20,502.60 | 12/5/2019 | 5301118238 | 10/31/2019 | $1,335.60 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081372 | $20,502.60 | 12/5/2019 | 5301118237 | 10/31/2019 | $78.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080767 | $1,040.00 | 10/24/2019 | 5301116414 | 9/19/2019 | $1,040.00 |

**Totals:**     **2 transfer(s),**    **$21,542.60**